

**ORDERED in the Southern District of Florida on February 18, 2015.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No: 14-29630-RAM |
| Alberto Almanzar Diaz, | Chapter 13 |
|                Debtor        / | |

**AMENDED AGREED ORDER GRANTING MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY HELD BY CHRISTIANA TRUST**

THIS CASE is set to be heard on February 18, 2015 at 10:00 am on the Debtor's *Motion to Value and Determine Secured Status of Lien on Real Property* (DE 32 ; the "Motion"). Based upon the parties' agreement, and being duly advised in the premises, the Court FINDS as follows:

A. The value of the debtor's real property (the "Real Property") located at

1343-45 NW 26 Street Miami, Florida 33142-7641, and more particularly described as

Lot 9, in Block 25, of Amended Plat Westend Park, according to the Plat thereof, as recorded in Plat Book 6, at Page 142 of the Public Records of Miami-Dade County, Florida.

       is $ __85,000.00__ at the time of the filing of this case.

    B.    The total of all claims secured by liens on the Real Property senior to the lien of ____Christiana Trust__ (the "Lender") is $ _$0.00_ .

    C.    The equity remaining in the Real Property after payment of all claims secured by liens senior to the lien of Lender is $ _85,000.00_ and Lender has a secured interest in the Real Property in such amount.

Consequently, it is **ORDERED** as follows:

1.    The Motion is **GRANTED**.

2.    Lender has an allowed secured claim in the amount of $ _85,000.00_ . This amount shall be paid at 5.25%.

3.    (Select only one):

    X__    Lender has not filed a proof of claim in this case. The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim in the amount stated in paragraph 2, above, and as a general unsecured claim for any amount in excess of such secured claim, regardless of the original classification in the proof of claim as filed.

or

    ___    Lender filed a proof of claim in this case. It shall be classified as a secured claim in the amount provided in paragraph 2, above, and as a general unsecured claim in the amount of $ _____, regardless of the original classification in the proof of claim as filed.

4. The Real Property may not be sold or refinanced without proper notice and further order of the Court.

5. The Debtor will be responsible for taxes and insurance directly and outside the Chapter 13 Plan. The Lender is not to pay or advance taxes or insurance.

6. Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this chapter 13 case.

###

/s/ Richard J. Adams, Esq.
Richard J. Adams, Esq.
FBN: 770434

Adams and Associates, PA
Attorneys for the Debtors
1165 W. 49th Street, Suite 107
Hialeah, FL 33012
Tel: (305) 824-9800
Email:radamsbkc@bellsouth.net

Attorney  Richard J. Adams, Esq.      is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.