# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☒ 2nd _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Alberto Almanzar Diaz   JOINT DEBTOR: _____   CASE NO.: 14-29630-RAM
Last Four Digits of SS# _____   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 2,537.80 for months 1 to 4 ;
    B.    $ 2,737.91 for months 5 to 7 ;
    C.    $ 2,834.77 for months 8 to 60 ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3500+$750+$750+$750=$5750 TOTAL PAID $ 4,000
                            Balance Due    $ 1,750      payable $ 437.50 /month (Months 1 to 4 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Nationstar Mortgage POB 650783 Dallas,TX,75265-0783 Account No. 609915004 | 2406 NW 43rd Street Miami, FL 33142 $43,351.00 | 5.25% | $232.71 $785.93 $873.10 | 1 To 4 5 To 7 8 To 60 | $49,563.00 |
| Ocwen Loan Serv. POB 24737 West Palm Beach, FL 33416-4737 Account No. 7130769727 | 1343 NW 26 Street Miami, FL 33172 $85,000.00 | 5.25% | $1613.81 | 1 To 60 | $96,828.60 |
| Bank of America Bky Dept. NC4-105-03-14 POB Greensboro, NC 27420-6012 Account No. 9754889 | 1343 NW 26 Street Miami, FL 33172 $78,104.00 | 0.00% | $0.00 | 1 To 60 | $0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue Service      Total Due $ 2605.08
                                      Payable    $ 46.52 /month (Months 5 to 60 )

Unsecured Creditors: Pay $ 17.86 /month (Months 5 to 60 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The Debtor shall make all contractual payments for 2012 Nissan Altima to Brightstar Credit Union outside the Chapter 13 Plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____           _____
Debtor                                                           Joint Debtor
Date:_____                                         Date:_____

LF-31 (rev. 01/08/10)