UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

Alberto Antonio Almanzar Diaz,

CASE NO.: 14-29630-RAM
CHAPTER 13

Debtor.
_____/

**DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN**

COMES NOW the Debtor, Alberto Antonio Almanzar Diaz, by and through the undersigned counsel, files this Motion to Modify the Chapter 13 Plan as grounds therefore states:

1. The Debtor is before this Honourable Court by virtue of a Chapter 13 Bankruptcy filed on August 29th, 2014.

2. An Order Confirming the Second Amended Chapter 13 Plan was entered on April 28th, 2015.

3. The First Modified Plan will allow the Debtor to comply with the Motion to Compel Modified Plan for Escrow Treatment and Payment of Escrow filed by U.S. Bank National Association (DE # 83).

4. The term of the modified plan would be sixty months.

WHEREFORE the Debtor, Alberto Antonio Almanzar Diaz,, respectfully requests that this Court grant his Motion to Modify Chapter 13 Plan and grant such further relief as this Court may deem just and equitable under the circumstances.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court as set forth in local Rule 2090-1(A).

Dated: April 21, 2016

                ADAMS & ASSOCIATES, P.A.
                Attorneys for the Debtor
                6500 Cowpen Road, Suite 101
                Miami Lakes, FL 33014
                Telephone: (305) 824-9800
                Facsimile:  (305) 824-3868

                 /s/ Richard J. Adams, Esq._____
By:  Richard J. Adams, Esq.
      FL BAR NO. 770434